# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARCUS CARDER, | * |
| Plaintiff, | * |
| v. | * Civil Case No. JFM-14-63 |
| CAPTAIN CARMEN, ET AL. | * |
| Defendant. | * |

\*\*\*\*\*\*\*

## ORDER

I have reviewed U.S. Magistrate Judge Susan Paradise Baxter's April 30, 2014 Report and Recommendations, to which no objections have been filed. I agree with Judge Baxter's rationale and recommended disposition. Therefore, it is, this 16th day of June, 2014 ORDERED that:

1. Judge Baxter's Report and Recommendations (ECF No. 10) BE, and HEREBY IS, ADOPTED as an order of the Court;

2. the Clerk of Court shall CLOSE this case; and

3. the Clerk shall send copies of this Order to counsel for the parties.

/s/ J. Frederick Motz
J. Frederick Motz
United States District Judge